UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
KARON THOMPSON

CASE NO. 05 B 08721

CHAPTER 13

JUDGE: SUSAN PIERSON SONDERBY

Debtor
SSN XXX-XX-9712

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

The case was filed on 03/10/2005 and was not confirmed.

The case was transferred to Glenn Stearns, Trustee on 03/16/2005.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 8000.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 10000.00 | .00 | .00 |
| CITIMORTGAGE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ABC PROPERTY MANAGEMENT | SECURED | 1200.00 | .00 | .00 |
| DANIEL J WINTER | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/21/05

*Thomas Vaughn* (signature)

TOM VAUGHN
CHAPTER 13 TRUSTEE