```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 08721
   KARON THOMPSON
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-9712


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/10/05 and confirmed on 05/06/05.

     2.  The case was dismissed after confirmation, 08/03/2007.

     3.  The Debtor paid a total of $  14850.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CITIMORTGAGE              CURRENT MORTG          .00           .00            .00
CITIMORTGAGE              MORTGAGE ARRE       1816.48          .00         1816.48
AMERICAN GENERAL FINANCE  SECURED            10891.85        691.97        7709.61
GLENS OF HANOVER PARK     SECURED             1200.00          .00          864.25
INTERNAL REVENUE SERVICE  PRIORITY            6714.83          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           1186.00          .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13908.33      6714.83     1186.00          .00       21809.16
PRINCIPAL PAID      10390.34          .00         .00          .00       10390.34
INTEREST PAID         691.97          .00         .00          .00         691.97
TOTAL PAID          11082.31          .00         .00          .00       11082.31
The Debtor's attorney, DANIEL J WINTER                  , was allowed $    3511.50
and was paid $    406.00   direct and $   3105.50   through the plan.

The Trustee received $     662.19 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/15/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
CASE NO. 05 B 08721 KARON THOMPSON
```